IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| FORT BELKNAP INDIAN COMMUNITY,<br><br>　　　　　Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　Defendants. | CV 22-103-GF-JTJ<br><br><br>ORDER |

Defendants United States et al. filed an unopposed motion to vacate the upcoming preliminary pretrial and answer deadlines. (Doc. 16.) Good cause appearing,

IT IS ORDERED that Defendants' motion (Doc. 16) is GRANTED. The current preliminary pretrial conference order (Doc. 15) and the Order granting Defendants' motion for extension of time to file their answer (Doc. 10) are VACATED.

IT IS FURTHER ORDERED that the parties shall file a joint status report apprising the Court of the status of this case on or before April 25, 2023.

DATED this 25th day of January 2023.

/s/ John Johnston
John Johnston
United States Magistrate Judge