# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| FORT BELKNAP INDIAN COMMUNITY,<br><br>  Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>  Defendants. | CV 22-103-GF-JTJ<br><br><br>**ORDER** |

The Court conducted a hearing on the Defendants' Motion to Dismiss on November 7, 2023.  For the reasons discussed in open court,

IT IS HEREBY ORDERED:

1.     Plaintiff's oral motion for leave to file an Amended Complaint is GRANTED.   Plaintiff shall file its Amended Complaint on or before November 21, 2023.  Defendants shall file a responsive pleading on or before December 21, 2023.

2.     Defendants' Motion to Dismiss Plaintiff's original Complaint (Doc. 33) is DENIED as moot.

3.     If Defendants file a motion to dismiss in response to Plaintiff's

Amended Complaint, Defendants may incorporate, by reference, any argument made in their briefs submitted in support of their Motion to Dismiss Plaintiff's original Complaint.

DATED this 8th day of November, 2023.


John Johnston
United States Magistrate Judge