RANDY J. TANNER
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
101 E Front Street, Suite 401
Missoula, MT 59802
Phone: (406) 329-4268
FAX: (406) 542-1476
Email: randy.tanner@usdoj.gov

MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin Federal Courthouse
2601 2nd Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4667
Fax: (406) 657-6058
Email: mark.smith3@usdoj.gov

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| FORT BELKNAP INDIAN COMMUNITY,<br><br>                    Plaintiff,<br>     vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>                    Defendants. | CV 22-103-GF-JTJ<br><br>**UNITED STATES' MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant United States of America moves for summary judgment on all claims asserted in Plaintiff's complaint. This motion is accompanied by a supporting brief and statement of undisputed facts.

DATED this 14th day of April 2025.

        KURT G. ALME
        United States Attorney


        /s/ Randy J. Tanner
        RANDY J. TANNER
        MARK STEGER SMITH
        Assistant U.S. Attorneys
        Attorneys for the United States