IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| FORT BELKNAP INDIAN COMMUNITY,<br><br>             Plaintiff,<br><br>     vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>             Defendants. | CV-22-103-GF-JTJ<br><br><br>ORDER |

Defendant United States of America, ("United States") filed a Motion for Summary Judgment (Doc. 66). Plaintiff Fort Belknap Indian Community ('Fort Belknap") also filed a Motion for Summary Judgment (Doc. 70). The Court held a hearing on the motions on May 27, 2025. Following oral argument, the Court granted United States' motion for summary judgment regarding Count 4 of Fort Belknap's Amended Complaint. Fort Belknap moved to amend its Amended Complaint, (Doc. 47), which the Court granted.

Fort Belknap having filed a Second Amended Complaint (Doc. 95),

The Court **ORDERS,** as follows:

1

1. United States' Motion for Summary Judgement (Doc. 66) regarding Count 2 of Fort Belknap's Amended Complaint is **DENIED AS MOOT.**

2. Fort Belknap's Motion for Summary Judgement (Doc. 70) is **DENIED AS MOOT.**

DATED this 10th day of July 2025.

_____
John Johnston
United States Magistrate Judge