IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| FORT BELKNAP INDIAN COMMUNITY,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | CV-22-103-GF-JTJ<br><br>**ORDER** |

Plaintiff has moved for an order allowing Charles Dauphin, Esq. to appear pro hac vice in this case with Terryl T. Matt, Esq., designated as local counsel. (Doc. 122.) The application of Mr. Dauphin appears to be in compliance with L.R. 83.1(d).

IT IS ORDERED: Plaintiff's motion to allow Mr. Dauphin to appear on in this Court on behalf of the Plaintiff (Doc. 122) is GRANTED, subject to the following conditions:

1.      Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Mr. Dauphin must do his own work. He must do his own writing, sign his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. Mr. Dauphin shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Mr. Dauphin not the law firm he works for.

6. Local counsel will provide a copy of this order to pro hac counsel.

IT IS FURTHER ORDERED:

Mr. Dauphin must file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 2nd day of March 2026.

_____
John Johnston
United States Magistrate Judge